UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RYANAIR HOLDINGS PLC and MICHAEL O'LEARY,<br><br>Defendants. | 18 Civ. 10330 (JPO) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on November 6, 2018, Plaintiff City of Birmingham Firemen's and Policemen's Supplemental Pension System filed a putative class action complaint asserting claims pursuant to the Securities Exchange Act of 1934 ("Complaint") against Defendants Ryanair Holdings plc and Michael O'Leary ("Defendants");

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which provides a procedure for the appointment of lead plaintiff(s) and lead counsel to represent the putative class by the Court;

WHEREAS, on January 24, 2019, the Court appointed City of Birmingham Firemen's and Policemen's Supplemental Pension System and City of Birmingham Retirement and Relief System (together, the "Birmingham Funds" or "Plaintiffs") as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel (Dkt No. 15);

2

WHEREAS, Plaintiffs and Defendants (the "Parties") have agreed to the proposed schedule set forth below;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, subject to approval by the Court, as follows:

1. Plaintiffs will file an amended complaint, no later than April 5, 2019.

2. Defendants will file a motion to dismiss or otherwise respond to the operative complaint no later than June 14, 2019.

3. If Defendants file a motion to dismiss, Plaintiffs will oppose that motion no later than August 23, 2019 and Defendants will file a reply brief no later than October 11, 2019.

4. There have been no requests for an extension of time previously made in this matter.

5. Nothing in this Stipulation shall be construed as a waiver of any defense available to Defendants.

6. This Stipulation may be signed in counterparts.

Stipulated and agreed to by:

Dated: February 26, 2019

| ROBBINS GELLER RUDMAN & DOWD LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| /s/ Hillary B. Stakem | /s/ Roger A. Cooper |
| Darren J. Robbins<br>Robert R. Henssler Jr.<br>Hillary B. Stakem<br>Ting H. Liu<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423 (fax)<br>darrenr@rgrdlaw.com<br>rhenssler@rgrdlaw.com<br>hstakem@rgrdlaw.com<br>tliu@rgrdlaw.com | Roger A. Cooper<br>Jared Gerber<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000<br>Facsimile: 212-225-3999<br>racooper@cgsh.com<br>jgerber@cgsh.com<br><br>*Counsel for Defendants* |

ROBBINS GELLER RUDMAN
& DOWD LLP
David Avi Rosenfeld
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631-367-7100
Facsimile: 631-367-1173 (fax)
drosenfeld@rgrdlaw.com
srudman@rgrdlaw.com

*Counsel for Lead Plaintiffs*

IT IS SO ORDERED.

DATED: _____           _____
                                        THE HONORABLE J. PAUL OETKEN
                                        UNITED STATES DISTRICT JUDGE