UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RYANAIR HOLDINGS PLC and MICHAEL O'LEARY,<br><br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-10330-JPO<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF THE CLASS, AND APPROVAL OF NOTICE TO THE CLASS |

TO:　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement with exhibits, and all prior pleadings and proceedings had herein, Plaintiffs City of Birmingham Firemen's and Policemen's Supplemental Pension System and City of Birmingham Retirement and Relief System, by and through their attorneys, hereby move the Court, before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving the form and manner of giving notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

- 1 -

`Case 1:18-cv-10330-JPO   Document 128   Filed 06/07/23   Page 2 of 5`

DATED: June 7, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ROBERT R. HENSSLER JR.
HILLARY B. STAKEM
TING H. LIU
SARAH A. FALLON

          s/ Robert R. Henssler Jr.
       ROBERT R. HENSSLER JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
bhenssler@rgrdlaw.com
hstakem@rgrdlaw.com
tliu@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
ERIN W. BOARDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
eboardman@rgrdlaw.com

Lead Counsel for Lead Plaintiff and the Class

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 7, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  BHenssler@rgrdlaw.com

# Mailing Information for a Case 1:18-cv-10330-JPO City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Ryanair Holdings plc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Erin Whitney Boardman**
  eboardman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Roger Allen Cooper**
  racooper@cgsh.com,maofiling@cgsh.com

- **Sarah Fallon**
  sfallon@rgrdlaw.com

- **Jared Mitchell Gerber**
  jgerber@cgsh.com,maofiling@cgsh.com

- **Robert R. Henssler , Jr**
  bhenssler@rgrdlaw.com,kmccormack@rgrdlaw.com

- **Thomas S Kessler**
  tkessler@cgsh.com,maofiling@cgsh.com

- **Ting Liu**
  tliu@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Dominic LoVerde**
  dloverde@powerrogers.com

- **Francisco J. Mejia**
  fmejia@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Hillary B. Stakem**
  hstakem@rgrdlaw.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com,ahirsch@aftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)